SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendants Jose Cordero; Maria Isabel Cordero and Tyrone Edward Rowe

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>  vs.<br><br>Jose Cordero, et al<br><br>    Defendants | **2:08-cv-02970-WBS-DAD**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

     Plaintiff, Scott N. Johnson and Defendants, Jose Cordero; Maria Isabel Cordero; and Tyrone Edward Rowe, by and through their designated Counsel (Scott N. Johnson, Cris C. Vaughan) jointly submit this Joint Stipulation for an Extension of Time to File Dispositional Documents in this matter.

**2:08-CV-02970-WBS-DAD JOINT STIPULATION**

- 1

The Parties have reached a global settlement. The Settlement Agreement and settlement payment for Jose Cordero, Maria Isabel Cordero and Tio Pepe Mexican Restaurant have been received by Plaintiff. The Settlement Agreement has been received by Tyrone Edward Rowe and Bootleggers Old Town Tavern & Grill, Inc. (incorrectly sued as Bootleggers Old Tavern & Grill). The settlement amount has been agreed upon. The form of settlement payment is still being finalized and as soon as agreed upon, the Settlement Agreement will be signed and a Stipulation for Dismissal filed with the Court.

For the above reasons, the Parties request the Court grant an extension of time to file the final dispositional documents up to and including January 8, 2010.

Dated:   December 21, 2009

        Disabled Access Prevents Injury, Inc.

                /s/ Scott N. Johnson
              By: SCOTT N. JOHNSON
             Attorney for Plaintiff

**2:08-CV-02970-WBS-DAD JOINT STIPULATION**

Dated:   December 16, 2009

                        Vaughan & Associates


                 _/s/   Cris C. Vaughan_____
                    By: CRIS C. VAUGHAN
                    Attorney for Defendants



                              ORDER


   Good cause having been shown, the parties' stipulation and request that the Court grant an extension of time to file dispositional documents is hereby GRANTED.

   Dispositional documents are to be filed by January 8, 2010

IT IS SO ORDERED.


Dated:   December 21, 2009

                            *[signature]*
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE

**2:08-CV-02970-WBS-DAD JOINT STIPULATION**