SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>    vs.<br><br>Jose Cordero, et al,<br><br>            Defendants, | Case No.: CIV.S 08-cv-02970-WBS-DAD<br><br>**STIPULATION OF DISMISSAL;**<br>~~Proposed~~ **ORDER**<br><br><br>Complaint Filed:  December 5, 2008 |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been circulated.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if

1  fully set forth herein.  The parties request the Court to retain jurisdiction for one year from the
2  date hereof in order to enforce the terms of the Settlement Agreement under the authority of
3  *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).
4      Although the parties are hereby dismissing this action with prejudice, they agree that the
5  Court will retain jurisdiction over this action and the parties hereto in order to enforce the terms
6  of the Settlement Agreement.
7      **IT IS HEREBY STIPULATED** by and between the parties to this action through their
8  designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP
9  41 (a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for
10 one year after the date hereof.

Dated: January 20, 2010                DISABLED ACCESS PREVENTS INJURY, INC.

                                       /s/ Scott N. Johnson_____
                                       SCOTT N. JOHNSON,
                                       Attorney for Plaintiff


Dated: January 20, 2010                VAUGHAN & ASSOCIATES

                                       /s/ Cris C. Vaughan_____
                                       CRIS C. VAUGHAN,
                                       Attorneys for Defendants


**T IS SO ORDERED**.


Dated:   January 25, 2010


                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE